IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA KINNEY-LINDSTROM | : | CIVIL ACTION |
| v. | : | |
| ABINGTON MEMORIAL HOSPITAL, et al. | : | NO. 03-2926 |

ORDER

AND NOW, this 24th day of August, 2006, upon consideration of the Report and Recommendation issued by Magistrate Judge David R. Strawbridge on August 24, 2006, and whereas the Court has reviewed the Petition and has listened to the CD of the hearing held by Magistrate Judge Strawbridge, and whereas all parties concur in the Report and Recommendation, IT IS HEREBY ORDERED that the Report and Recommendation is APPROVED and ADOPTED and the Court has signed the Order approving the settlement.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.